778 A.2d 1194

**Gary L. GELNETT, Appellant,**

v.

**DEPARTMENT OF CORRECTIONS, SCI–GREENSBURG, Appellee.**

**No. 39 M.D. Appeal Docket 2001.**

Supreme Court of Pennsylvania.

May 2, 2001.

*ORDER*

PER CURIAM:

**AND NOW,** this 2nd day of May, 2001, probable jurisdiction is noted and the order appealed is affirmed.